

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/16/2022__

June 15, 2022

<u>VIA ECF</u>
Hon. Analisa Torres
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    **Re:  *Johanna Baruc v. Quintana*, *et al*., No. 22 Civ. 3090 (AT)**

Dear Judge Torres:

    This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an Application for Naturalization (Form N-400).  On behalf of the government, I write respectfully to request a thirty-day extension of the time to respond to the complaint (*i.e.*, from June 21, 2022, to July 21, 2022).  In addition, I respectfully request that the June 27, 2022 deadline for submission of the joint letter and jointly proposed Case Management Plan and Scheduling Order, be extended to August 1, 2022.  *See* ECF No. 15.

    I respectfully request this extension because USCIS has issued an interview notice relating to the Form N-400 and needs additional time to determine next steps, which may potentially render this matter moot. This is the government's first request for an extension of the deadlines to respond to the complaint and for submission of the joint letter and jointly proposed Case Management Plan and Scheduling Order.  Plaintiff consents to these requests.

    I thank the Court for its consideration of this letter.

GRANTED.

SO ORDERED.

Dated: June 16, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge